AO 450 (Rev. 5/85) Judgment in a Civil Case:  Civil 15-00175-JMS-KSC

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| MARC-ANDRE KIRCHHOF,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>HAWAII ASSOCIATION OF UNION AGENTS, HAWAII GOVERNMENT EMPLOYEES' ASSOCIATION, LOCAL 152, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO (HGEA/AFSCME LOCAL 152); MICHAEL YUEN, in his official capacity as HAWAII ASSOCIATION OF UNION AGENTS President and Representative; MICHELE MITRA, in her official capacity as Maui Island Division Chief for HGEA/AFSCME LOCAL 152; WILBERT HOLCK, in his official capacity as Deputy Executive Director for HGEA/AFSCME LOCAL 152; JOHN DOES 1-10; JANE DOES 1-10; DOE ENTITIES 1-10; and DOE GOVERNMENTAL UNITS 1-10,<br><br>　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL 15-00175 JMS-KSC<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>August 31,  2016<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[✓]　**Decision by Court**.  This action came for hearing and for consideration before the Court.  The issues have been heard and considered and a decision has been rendered.

JUDGMENTS having previously been entered pursuant to Rule 68 of the Federal Rules of Civil Procedure, and entered in favor of Plaintiff MARC-ANDRE KIRCHHOF and against Defendants HAWAII GOVERNMENT EMPLOYEES' ASSOCIATION, LOCAL 152, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO'S (HGEA/AFSCME Local 152)[1] and HAWAII ASSOCIATION OF UNION AGENTS,[2]

IT IS FURTHER ORDERED AND ADJUDGED that Defendants MICHAEL YUEN, MICHELE MITRA, and WILBERT HOLCK are DISMISSED from the Action, and DISMISSED as pursuant to and in accordance with the Court's Order filed May 20, 2016: The "ORDER (1) DENYING IN PART AND GRANTING IN PART DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, DOC. NOS. 43 and 47; and (2) GRANTING HAUA'S AND YUEN'S MOTION FOR JOINDER, DOC. NO. 50."

| August 31, 2016 | SUE BEITIA |
|---|---|
| Date | Clerk |
|  | /s/ Sue Beitia by AFC |
|  | (By) Deputy Clerk |

---

[1] Fed.R.Civ.P. 68 Judgment filed July 26, 2016 as docket entry no. [104].

[2] Fed.R.Civ.P. 68 Judgment filed August 30, 2016 as docket entry no. [133].